**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NUMBER 21-20106-CR-SCOLA/GOODMAN**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**vs.**

**FIDALGIS FONT,**

        **Defendant.**
_____/

## NOTICE OF TEMPORARY APPEARANCE AS COUNSEL

**THIS COURT** will enter the temporary appearance of the **LAW OFFICES OF BARRY M. WAX**, as counsel for the Defendant, **FIDALGIS FONT**, in the above-styled cause of action. The Clerk of the Court is hereby requested to transmit all notices and pleadings to the undersigned at the email address provided below.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of March, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Lauren Elfner, Trial Attorney (Lauren.Elfner@usdoj.gov) and Joshua Rothman, Trial Attorney (Joshua.D.Rothman@usdoj.gov), U.S. Department of Justice, 450 Fifth Street, NW, Room 6400-South'Washington, DC 20001 and all defense counsel of record.

        Respectfully submitted,

        /s/  Barry M. Wax
        **Barry M. Wax**
        Florida Bar No. 509485
        **LAW OFFICES OF BARRY M. WAX**
        701 Brickell Avenue
        Suite 1550
        Miami, Florida  33131
        Telephone   (305) 373-4400
        barry@barrywax.com