# MINUTE ORDER

Page 3

## Chief Magistrate Judge John J. O'Sullivan

Atkins Building Courthouse - 5th Floor  Released  Date: 3/10/21  Time: 1:00 p.m.

Defendant: 2) Fidalgis Font  J#: 33831-509  Case #: 21-20106-CR-SCOLA
AUSA: Josh Rothman  Attorney: Barry Wax, Temporary Counsel
Violation: Conspiracy to Commit Mail Fraud and Wire Fraud, Mail Fraud, Money Laundering  Surr/Arrest Date: 3/10/21  YOB: 1967

Proceeding: Initial Appearance  CJA Appt:
Bond/PTD Held: ☐ Yes ☑ No  Recommended Bond:
Bond Set at:  Co-signed by: Hansel Leyva

☑ Surrender and/or do not obtain passports/travel docs  Language: Spanish
☑ Report to PTS as (directed)/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☑ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☑ Other: No empl. in clinical △

Disposition:
△ consents Ut c.
Brady Warning
Govt - Stip.
$175K PSb
Court sets.
Bond due Mon.
at noon.
△ to rpt to 9th Floor
USPO upon release.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:  Time:  Judge: research field.  Place:
(Report RE Counsel): 3/22  10 AM
PTD/Bond Hearing:
Prelim/(Arraign)/or Removal: 3/22  10 AM
Status Conference RE:
D.A.R. 13:27:50  Time in Court: 6

s/John J. O'Sullivan  Chief Magistrate Judge