# COURT MINUTES

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3     Date: 3/31/21     Time: 10:00 a.m.

---

Defendant: FIDALGIS FONT (B)     J#: 33831-509     Case #: 21-20106-CR-SCOLA

AUSA: Josh Rothman     Attorney: Marc Seitles (PERM)

Violation: CONSP/COMMIT MAIL AND WIRE FRAUD/MONEY LAUNDERING

Proceeding: RRC/Arraignment     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:

Bond Set at: $175K PSB     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
Defendant consents to appear via VTC. Reading of Indictment Waived. Not guilty plea entered. Jury trial demanded. Standing Discovery Order requested. All further proceedings before Judge Scola. Counsel has filed a Permanent appearance.

Time from today to _____ excluded from Speedy Trial Clock

---

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. JG_01_03-31-2021 (10:16AM)     Time in Court: 5 mins.