UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20106-CR-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FIDALGIS FONT,

    Defendant.
_____/

## BILL OF PARTICULARS AS TO FORFEITURE

Plaintiff United States of America hereby files the following Bill of Particulars pursuant to pursuant to 32.2(a) of the Federal Rules of Criminal Procedure. The United States provides notice that it seeks forfeiture of the following property pursuant to Title 21, United States Code, Section 853(p): real property located at 7482 SW 125th Court, Miami, Florida 33183.

    Respectfully submitted,

    JUAN ANTONIO GONZALEZ
    ACTING UNITED STATES ATTORNEY

By:   */s/ Nicole Grosnoff*
    Nicole Grosnoff
    Assistant United States Attorney
    Court ID No. A5502029
    nicole.s.grosnoff@usdoj.gov
    U.S. Attorney's Office
    99 Northeast Fourth Street, 7th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9294
    Facsimile: (305) 536-4089